# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
BENJAMIN LIGHT,                       *
                                      *
         Plaintiff,                   *
                                      *
    v.                                *   No. 18-413C
                                      *   Filed: September 13, 2019
UNITED STATES,                        *
                                      *
         Defendant.                   *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the parties' September 13, 2019 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
